■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY LEWIS, Appellant. [700 NYS2d 705] —Judgment, Supreme Court, New York County (Micki Scherer, J.), rendered May 21, 1997, convicting defendant, upon his plea of guilty, of robbery in the second degree and sentencing him, as a second felony offender, to a term of 8 years, unanimously affirmed.

Defendant's guilty plea forecloses review of his contention that he was denied his right to testify before the Grand Jury (*People v Harrison*, 249 AD2d 113) and his challenge to the sufficiency of the evidence (*People v Washington*, 262 AD2d 209, *lv denied* 93 NY2d 1006), which claims, in any event, are without merit.

We perceive no abuse of sentencing discretion. Concur—Sullivan, J. P., Williams, Rubin, Buckley and Friedman, JJ.

■ In the Matter of CEASAR STAPLETON, Respondent, v KAREN A. PAKSTIS et al., Appellants. [700 NYS2d 701] —Judgment, Supreme Court, New York County (William Leibovitz, J.), entered June 19, 1998, which granted petitioner's Freedom of Information Law application challenging respondent Police Department's denial of access to records pertaining to his arrest and conviction, and directed respondent to deliver the records to petitioner, unanimously affirmed, without costs.

The petition was properly granted for the reasons stated in *Matter of Fappiano v New York City Police Dept.* (267 AD2d 156). Concur—Sullivan, J. P., Williams, Rubin, Buckley and Friedman, JJ.